**IT IS SO ORDERED.**

**Dated: 10:45 AM May 11 2010**

/s/ Marilyn Shea-Stonum
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 07-52887 |
| | ) | |
| GEORGE H. CLARK | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| Debtor | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | ORDER AUTHORIZING SALE OF |
| | ) | PROPERTY SUBJECT TO CONDITIONS |
| | ) | SUBSEQUENT |

    This cause came on for hearing upon the motion of Harold A. Corzin, Trustee, Chapter 7 Trustee, pertaining to the sale of certain annuity rights to Yevgeny Zavilevich and, it appearing to the court that the structured payment obligor and the annuity issuer desire that an order issue clarifying that the sale of such annuity rights is subject to compliance by the trustee and the purchaser with all applicable state and federal statutes, including the Ohio Transfer Act Statute, Ohio Revised Code section 2323.58, et seq. (the "Ohio Act") and section 5891 of the Internal Revenue Code (the "Federal Act"), including the entry of an order approving the proposed sale and/or transfer based on the express findings required by the Ohio Act and the Federal Act, and that the transfer is subject to all of the contractual rights of Continental Insurance Company and Pacific Life Insurance Company and that neither the transfer nor the orders hereinbefore entered by this court shall enlarge, reduce,

or modify the rights of Continental Insurance Company, Pacific Life Insurance Company, Harold A. Corzin, Trustee, or his transferee, Yevgeny Zavilevich, and, it further appearing to the court that the trustee acknowledges and agrees that the transfer to Yevgeny Zavilevich shall be subject to the conditions above set forth and the payment of the balance of the purchase price by Yevgeny Zavilevich of the sum of $37,500 so that the entire amount of $50,000 shall be fully paid, it is therefore

ORDERED that the trustee be, and he hereby is, authorized to sell the annuity rights of the debtor, George H. Clark, to Yevgeny Zavilevich for the sum of $50,000 subject to the following terms and conditions:

1. That Yevgeny Zavilevich shall pay the remaining balance of his purchase price in the amount of $37,500 to the trustee upon entry of an order of the Probate Court of the State of Ohio having jurisdiction over the transfer of the structured settlement payments above described; and

2. By agreement of the trustee, compliance by the trustee and the purchaser with all applicable state and federal statutes, including the Ohio Act and the Federal Act, including the entry of an order approving the proposed sale and/or transfer based on the express findings required by the Ohio Act and the Federal act; and

3. That the transfer is subject to all of the contractual rights of Continental Insurance Company and Pacific Life Insurance Company and that neither the transfer nor the orders entered by this court shall enlarge, reduce, or modify the rights of Continental insurance Company, Pacific Life Insurance Company, Harold A. Corzin, Trustee, or his transferee, Yevgeny Zavilevich.

###

Submitted by:
GIBSON & LOWRY

/s/ Michael J. Moran
Michael J. Moran            (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44222
(330) 929-0507
(330) 929-6605 - Fax
moranecf@yahoo.com

Approved:

/s/ Yevgeny Zavilevich
Yevgeny Zavilevich
2439 East 2nd Street
Brooklyn, NY 11223


Agreed as to Form:

/s/ Jonathan W. Young
Jonathan W. Young
Attorney for Continental Insurance Company
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606-1229
(312) 201-2555



/s/ Kristin K. Going
Kristen K. Going
Attorney for Pacific Life Insurance Company
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 230-5177



PARTIES TO BE SERVED ELECTRONICALLY:

Timothy R. Thomas, tim@attorneytimthomas.com
United States Trustee
Michael J. Moran, moranecf@yahoo.com
Harold A. Corzin, hcorzin@csu-law.com
Steven H. Patterson, nohbk@lsrlaw.com
Gilbert B. Weisman, notices@becket-lee.com

PARTIES TO BE SERVED BY REGULAR U.S. MAIL:

Jonathan W. Young
Attorney for Continental Insurance Company
and Pacific Life Insurance Company
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606-1229


Yevgeny Zavilevich
2439 East 2nd Street
Brooklyn, NY 11223

George H. Clark
3818 Morley Drive
Kent, OH 44240

Kristen K. Going
Attorney for Pacific Life Insurance Company
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Washington, DC 20005-1209